WILKE FLEURY LLP
GEORGE A. GUTHRIE (SBN 201263)
gguthrie@wilkefleury.com
ADRIANA C. CERVANTES (SBN 282473)
acervantes@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814
Telephone:	(916) 441-2430
Facsimile:	(916) 442-6664

Attorneys for Defendants LIQUOR LORD, INC. dba MODESTO LIQUORS; Co-Trustees of the Liberty Zagaris Exemption Trust MICHAEL P. ZAGARIS and PAULA LEFFLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LIQUOR LORD, INC. dba MODESTO LIQUORS; MICHAEL P. ZAGARIAS, Co-Trustee of the LIBERTY ZAGARIAS EXEMPTION TRUST U/A/D January 7, 1992, as amended; PAULA LEFFLER, Co-Trustee of the LIBERTY ZAGARIAS EXEMPTION TRUST U/A/D January 7, 1992, as amended,<br><br>　　　　Defendants. | Case No. 1:21-cv-01546-DAD-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE**<br><br>(Doc. 16)<br><br>The Hon. Sheila K. Oberto |

　　　　Plaintiff DARREN GILBERT, individually and behalf of all others similarly situated, on the one hand, and defendants LIQUOR LORD, INC. dba MODESTO LIQUORS, MICHAEL P. ZAGARIS and PAULA LEFFLER, Co-Trustees of the Liberty Zagaris Exemption Trust (collectively "Defendants"), on the other hand, HEREBY STIPULATE AND AGREE that the Initial Scheduling Conference currently set for February 17, 2022, is continued for 30 days.

　　　　Plaintiff Darren Gilbert and Defendants are the only parties to this action. The Court continued the Initial Scheduling Conference on one occasion previously due to the status of the case. Continuing the Initial Scheduling Conference for 30 days will allow the parties time to resolve this

WILKE FLEURY LLP
ATTORNEYS AT LAW
SACRAMENTO

2908284.1

Case No. 1:21-CV-01546-DAD-SKO

STIPULATION AND [PROPOSED]ORDER TO CONTINUE SCHEDULING CONFERENCE

1  action.

2  DATED:  February 15, 2022          MOORE LAW FIRM, P.C.

3

4
                                      By:   _____/s/TANYA E. MOORE_____
5                                              TANYA E. MOORE
                                         Attorney for Plaintiff DARREN GILBERT
6

7  DATED:  February 15, 2022          WILKE FLEURY LLP

8

9
                                      By:   ___/s/ADRIANA C. CERVANTES___
10                                             ADRIANA C. CERVANTES
                                      Attorney for Defendants LIQUOR LORD, INC.
11                                      dba MODESTO LIQUORS; Co-Trustees of the
                                        Liberty Zagaris Exemption Trust MICHAEL P.
12                                      ZAGARIS and PAULA LEFFLERCo-Trustees of
                                        the Liberty Zagaris Exemption Trust MICHAEL
13                                         P. ZAGARIS and PAULA LEFFLER

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to the foregoing stipulation (Doc. 16), and for good cause shown,

IT IS HEREBY ORDERED that the Initial Scheduling Conference, currently set for February 17, 2022, is CONTINUED to March 24, 2022, at 10:00 a.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto. The parties shall jointly file either a notice of settlement or an updated scheduling conference report no later than seven days before the conference.

IT IS SO ORDERED.

Dated:  **February 16, 2022**                          /s/ *Sheila K. Oberto*
                                                                                        UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

**Gilbert v. Liquor Landlord**
**Case No. 1:21-CV-01546-DAD-SKO**

**STATE OF CALIFORNIA, COUNTY OF SACRAMENTO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Sacramento, State of California. My business address is 400 Capitol Mall, Twenty-Second Floor, Sacramento, CA 95814.

On February 15, 2022, I served true copies of the following document(s) described as **STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE** on the interested parties in this action as follows:

| | |
|---|---|
| Tanya E. Moore | Counsel for Plaintiff DARREN GILBERT |
| Moore Law Firm, P.C | |
| 300 South First St., Suite 342 | |
| San Jose, CA 95113 | |
| *service@moorelawfirm.com* | |
| *tanya@moorelawfirm.com* | |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 15, 2022, at Sacramento, California.

*/s/ Mya Tran*
Mya Tran